No. 17, original. NEW JERSEY *v.* STATE OF NEW YORK AND CITY OF NEW YORK. Motion submitted December 9, 1929. Decided January 6, 1930. The motion of the State of Pennsylvania for leave to intervene in this cause is granted, upon the condition that the State of Pennsylvania shall file a statement of her interests in this cause

and of the relief, if any, which she seeks. *Mr. Owen J. Roberts* for the State of Pennsylvania. *Messrs. Duane E. Minard* and *Wm. A. Stevens* for the State of New Jersey. *Mr. Paul Shipman Andrews,* in behalf of *Mr. Hamilton Ward,* Attorney General, for the State of New York. *Messrs. Arthur J. W. Hilly* and *J. Joseph Lilly* for the City of New York.